# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FEDEX TECHCONNECT, INC.,

    Plaintiff,

v.                                               Case No: 8:14-cv-3053-T-30MAP

CHRISTINA DUNCAN,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Motion to Dismiss Complaint or for More Definite Statement, and Incorporated Memorandum of Law (Dkt. #6) and Plaintiff's Response to the Motion (Dkt. #9). The Court has reviewed the complaint and concludes that it sufficiently states a cause of action for open account, account stated, services rendered, breach of contract, and unjust enrichment.

Plaintiff alleges that it is the owner and holder of outstanding debtor fees owed for shipping services provided to Defendant by Federal Express Corporation and/or FedEx Ground Package System, Inc. Although Plaintiff does not ship parcels, it established a Federal Express account for Defendant, which allowed the Defendant to use "Airbills" to ship parcels without upfront payment. Defendant utilized those services and was provided invoices for the outstanding fees. Defendant has not paid the outstanding invoices. Defendant's arguments that the allegations are unclear, confusing, or fail to state a cause of action lack merit.

It is therefore **ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Dismiss Complaint or for More Definite Statement (Dkt. #6) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of February, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-3053 mtd 6.docx