UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDEX TECHCONNECT, INC.,

   Plaintiff,

v.                                               Case No: 8:14-cv-3053-T-30MAP

CHRISTINA DUNCAN,

   Defendant.
_____

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Entry of Final Default Judgment (Dkt. #11) and Defendant's Answer and Affirmative Defenses to the Complaint (Dkt. #12). This Court denied Defendant's Motion to Dismiss Complaint or for More Definite Statement (Dkt. #6). Defendant filed her Answer and Affirmative Defenses five days after the Plaintiff filed its Motion. Although the Defendant did not file an answer within the time permitted, courts generally disfavor defaults and enforce a strong policy of determining cases on their merits. *See Florida Physician's Ins. Co., Inc. v. Ehlers,* 8 F.3d 780, 783 (11th Cir. 1993).

It is therefore **ORDERED and ADJUDGED** that Plaintiff's Motion for Entry of Final Default Judgment (Dkt. #11) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of April, 2015.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record